UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJEET SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-0018 DJC CSK P<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner alleges that his prolonged detention violates his right to due process.

On January 12, 2026, the district court converted petitioner's motion for temporary restraining order into a motion for preliminary injunction, granted the preliminary injunction, ordered petitioner's immediate release, and referred this matter to the undersigned for all further pretrial proceedings.  (ECF No. 10.)  Within thirty days of the date of this order, the parties shall each file a status report informing the Court whether any additional briefing is needed on the merits of the petition.  Respondents shall confirm that petitioner was released from custody as ordered by the district court.

Petitioner is advised that it is his responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

1

the party is fully effective.  The parties are cautioned that failure to respond to this order may result in the imposition of sanctions, including a recommendation of dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, each party shall file a status report, as set forth above.

Dated:  January 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/sing0018.sr.imm

2